NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-477


GARY ELLER

VERSUS

ALLSTATE INSURANCE COMPANY


**********


APPEAL FROM THE
PINEVILLE CITY COURT
PARISH OF RAPIDES, NO. 01-644
HONORABLE PHILLIP TERRELL, JR., CITY COURT JUDGE


**********


JIMMIE C. PETERS
JUDGE


**********


Court composed of Chief Judge Ned E. Doucet, Jr., Billie Colombaro Woodard and Jimmie C. Peters, Judges.

AFFIRMED.

**Ronald J. Fiorenza**
**Provosty, Sadler, deLaunay, Fiorenza & Sobel**
**P. O. Box 1791**
**Alexandria, LA  71309**
**(318) 445-3631**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Allstate Insurance Company**

**Alvin Bruce Perkins, II**
**Attorney at Law**
**1718 Lee Street**
**Alexandria, LA  71301**
**(318) 445-3040**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Gary Eller**